IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:07CR424 |
| vs. ) | |
| ) | ORDER |
| CHRISTOPHER SHEA, ) | |
| Defendant. ) | |

Defendant Christopher Shea (Shea) appeared before the court on November 3, 2014, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 51). Shea was represented by Wesley S. Dodge and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior.  Through his counsel, Shea waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and Shea should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Shea declined to present any evidence or request a hearing on the issue of detention.  Since it is Shea's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence he is neither a flight risk nor a danger to the community, the court finds Shea has failed to carry his burden and that Shea should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on December 19, 2014**.  Defendant must be present in person.

2. Defendant Christopher Shea is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 3rd day of November, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge